UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.　　　　　　　　　　　　　　CASE NO. 8:93-CR-84-T-17TGW

DARRELL FLOWERS.

_____/

ORDER

This cause is before the Court on:

Dkt. 135　　First Step Memorandum
Dkt. 141　　Renewed Unopposed Motion for Sentence Reduction
　　　　　　Under First Step Act of 2018.

Defendant Darrell Flowers requests a sentence reduction under Section 404 of the First Step Act of 2018 and 18 U.S.C. Sec. 3582(c)(1)(B). Defendant Flowers requests that the term of imprisonment be reduced to 120 months, or time served, whichever is greater, and stipulates to the imposition of an 8-year term of supervised release, subject to the standard conditions of supervised release adopted in the Middle District of Florida.

On February 8, 1994, Defendant Flowers was sentenced on Count 2 of the Indictment, which charged Defendant Flowers with possession with intent to distribute 50 grams or more of crack cocaine in violation of 21 U.S.C. Sec. 841(a)(1) and 18 U.S.C Sec. 2, to a mandatory term of life imprisonment. The Government filed an Information and Notice of Prior Convictions. (Dkt. 120-3). The Statement of Reasons indicates that supervised release is not applicable. The PSR indicated that Defendant Flowers was not eligible for supervised release due to mandatory life imprisonment.

After consideration, Defendant Flowers' Renewed Unopposed Motion for Sentence Reduction is granted. Accordingly, it is

Case No. 8:93-CR-84-T-17TGW

**ORDERED** that Defendant Darrell Flowers' Renewed Unopposed Motion for Sentence Reduction (Dkt. 141) is **granted**. Defendant Flowers' term of imprisonment is reduced from Life to 120 months imprisonment, or time served, whichever is greater, to be followed by an 8-year term of supervised release. The remaining terms of the previous Final Judgment (Dkt. 5) (fine waived, and a $50 special assessment fee) are incorporated by reference. The previous First Step Motion will be denied as moot.

**DONE and ORDERED** in Chambers in Tampa, Florida on this 25 day of October, 2019.



ELIZABETH A. KOVACHEVICH
Senior United States District Judge

Copies to:
All parties and counsel of record
U.S. Probation Office
U.S. Marshal